Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

for the

**Eastern** District of **Virginia**   2022 JAN 13 P 12: 01

**Civil** Division

**Sylvia Moore**
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**Verizon Communications Inc.**
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **1:22-cv-00051 (LO-TCB)**
       *(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **Sylvia Moore** |
| Street Address | **3949 Solstice Lane** |
| City and County | **Dumfries** |
| State and Zip Code | **Virginia 22025** |
| Telephone Number | **(571) 424-2823** |
| E-mail Address | **Sylviam95@gmail.com** |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name      Verizon Communications Inc.

    Job or Title *(if known)*

    Street Address      1 Verizon Way

    City and County      Basking Ridge

    State and Zip Code      New Jersey

    Telephone Number      1(800) 922-8204

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _Sylvia Moore_, is a citizen of the State of *(name)* _Virginia_.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.     If the defendant is a corporation

The defendant, *(name)* Verizon Communications Inc is incorporated under

the laws of the State of *(name)* Virginia , and has its

principal place of business in the State of *(name)* New Jersey .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$412,000,000 due to Defendant violating Plaintiff's Rights from December 1992 to present time.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Claim (1)–The events of claim one takes place in Alexandria, Virginia

Claim (2)–The events of claim two takes place in Springfield, Virginia

B.    What date and approximate time did the events giving rise to your claim(s) occur?

(Claim 1) The dates of events are December 1992-January 1993, October 10, 2002-August 2017, August 2017 to present date.

(Claim 2) The dates of events are February 19, 2017-August 2017, August 2017 to present date. (2017)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ATTACHED PAGES

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.    ATTACHED PAGES

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.    ATTACHED PAGES

II. Statement of Claim (1 of 6)

C. (Claim 1) - In November of 1992, Plaintiff was Advised by Management of C+P (Bell Atlantic) that she must take Anticipated Disability for the birth of her child.

If not, every day of Absence (Birth Related) prior to her delivery date, will be counted as unexcused absences. This will lead to disciplinary action up to and including dismissal.

Plaintiff took Anticipated Disability for the month of December 1992. Plaintiff's delivery date was December 28, 1992.

Plaintiff was advised she must pay her health insurance for the month of December (1992) and turn in paperwork (verification of birth) within two weeks. Outside of two weeks, Plaintiff will be responsible for medical expenses for the birth and maternity leave pay would be delayed.

Plaintiff was also informed she would lose Service Credit and will Not be paid while on Anticipated Disability (December 1992)

III  Statement of Claim     (2 of 6)

C. (Claim 1) - continued -

- Plaintiff paid her health insurance for December 1992.
- Plaintiff did NOT receive Wages for December 1992
- Plaintiff loss Service Credit for the birth of her child
- Plaintiff's maternity leave pay was delayed even through paperwork was submitted before two weeks deadline

* The U.S. EEOC joined other Plaintiffs in a class action lawsuit against Defendants predecessors (Bell Atlantic & NYNEX) in 2002.
The suit alleged that companies violated the Pregnancy Discrimination Act of 1978, Title VII of the Civil Rights Act, the Equal Pay Act of 1963, and the Civil Rights Act of 1991 by denying female employees service credit related to pregnancy and maternity leaves of absence.

- Plaintiff is a class member of this suit.
- Plaintiff was employed from August 1989 to August 2014 at Verizon (Former Bell Atlantic)

- Plaintiff's Service Credit was never restored
- Plaintiff never received compensation and benefits from settlement (Consent Decree)

III Statement of Claim (3 of 6)

C. (Claim 1) - continued -

On February 19, 2017, Plaintiff resigned due to intolerable conditions, threats, assault and battery, life threatening situations involving Plaintiff and public, invasion of Privacy, sexual harassment, vehicle tampering, and stalking. This caused Plaintiff to fear for her safety and the safety of her family.

Defendant's Plan Administrator denied Plaintiff's full accrued pension due to what Plan Administrator called a Break-In-Service but was actually absences due to child birth and maternity leave in December 1992 to January 1993.

Plaintiff is asking the Courts to enforce the Consent Decree from the settlement of the EEOC v. Bell Atlantic (Now Verizon) US District Court Southern District of New York (Foley Square) Civil Docket For Case #: 1:97-CV-06723-DC-THK

III   Statement of Claim   (4 of 6)

C. (Claim 2)

On February 19, 2017, Plaintiff resigned due to intolerable conditions that threatened Plaintiff's safety on and off Defendant's property (Constructive Dismissal)

Defendant's Plan Administrator denied Plaintiff's full accrued pension due to a Break-In-Service in December 1992 through January 1993.
These dates are the same dates Plaintiff was forced to take Anticipated Disability for childbirth

Plaintiff requested formula used to calculate pension amount and Verizon's Benefit Package Agreement

Formula was mailed to Plaintiff. Pension forms demanded Plaintiff waive her rights to future benefits. Plaintiff refused to sign pension paperwork and mailed forms to Plan Administrator twice. Plan Administrator denied Plaintiff's pension both times.
Plaintiff suffered Financial Hardship. Plaintiff requested Plan Administrator to resend the forms and she will sign but will sign under Duress.

# III. Statement of Claim    (5 of 6)

C. (Claim 2) - continued -

- Plan Administrator informed Plaintiff she could file a claim.
- Plan Administrator mailed forms to Plaintiff for the third time.
- Plaintiff noticed a slight increase in pension on third form
- Plan Administrator would not say why.
- Plaintiff signed pension forms under Duress
- Plaintiff filed a claim in 2018 but was denied.
- Plaintiff received Verizon's Pension Benefit's Package along with claims denial letter.
- Benefits package was dated July 2017
- Plaintiff discovered Plan Administrator changed Plaintiff's commensement date from March 2017 to July 2017 which caused the increase in pension and change in benefits

Defendant and Defendant's Plan Administrator acted fraudulently and with intent to cheat Plaintiff out of her pension benefits.

Defendant and Defendant's Plan Administrator willingfully depeived Plaintiff of her rights and privilege protected by the Constitution-

III    Statement of Claim:    (6 of 6)

C. (Claim 2) -continued-

and laws of the United States.

Defendant and Plan Administrator violated Title VII of the 1964 Civil Rights Act, the Pregnancy Discrimination Act of 1978, the Equal Pay Act of 1963, and the Civil Rights Act of 1991

Defendant and Plan Administrator violated the U.S. District Court for the Southern District of New York's approved Consent Decree of the class action lawsuit by witholding Plaintiff's court ordered pension benefits.

Defendant and Defendant's Plan Administrator unlawfully withheld Plaintiff's Pension Benefits until she was in financial hardship at the time of partial pension payout (August 2017) and still continues to withold all pension benefits

Defendant and Defendant's Plan Administrator, has violated its Union Agreements and Verizon's Code of Conduct.

## IV. Irreparable Injury (1 of 3)

### (Claim 1 and Claim 2)

Defendant, Defendant's management, and Defendant's Plan Administrator caused the Plaintiff to suffer mental anguish by violating Plaintiff's rights. Plaintiff could not enjoy the process before and after giving birth to her child in 1992.

Plaintiff lost wages due to not knowing the exact date she would give birth which forced Plaintiff to take Anticipated Disability to save her job.

Plaintiff suffered mental anguish in 2017 by Defendant and Defendant's Plan Administrator withholding accrued pension, and only releasing partial pension. After Plaintiff was in financial hardship, Plaintiff suffered mental anguish because Defendant and Defendant's Plan Administrator conspired to have Plaintiff waive her present and Pension Benefits.

Plaintiff suffered mental anguish due to Defendant and Defendant's Plan Administrator discriminating against Plaintiff for the birth of her child in 1992.    -continued-

# IV. Irreparable Injury (2 of 3)

(Claim 1 and Claim 2) -continued-

Plaintiff suffered mental anguish due to Defendant and Defendant's Plan Administrator only releasing to Plaintiff of 27 years, the pension Amount of an employee with credit service of 9 years.

Plaintiff has suffered past and present from Defendant not restoring Plaintiff's service credit.

Plaintiff and family has suffered financially since being denied accrued pension. Plaintiff and family has been homeless for at least 3 years.

Plaintiff and family has and continues to suffer physically and emotional distress from Defendant and Defendant's Plan Administrator's misconduct and violation of Plaintiff's rights.

Plaintiff should receive adequate compensation immediately due to Plaintiff's rights has been violated since 1992.

Plaintiff should receive adequate compensation immediately

-continued-

## IV. Irreparable Injury (3 of 3)

### (Claim 1 and Claim 2) - continued -

due to Defendant violating the Consent Decree of one of US EEOC's biggest Pregnancy Bias lawsuit that cover the Plaintiff.

Plaintiff should receive compensation immediately due to Plaintiff and family's Financial situation, emotional distress and homelessness. Plaintiff and Plaintiff's family loss opportunities and enjoyment of life.

Plaintiff should receive compensation immediately due to past, present, and future expenses due to long-term physical pain and suffering.

V. Relief  (1 of 4)
(Claim 1 and Claim 2)

Defendant has continued at this present time to deny Plaintiff's pension benefits for Plaintiff's Pregnancy in December of 1992.

Defendants has continued to harass, stalk, and violate Plaintiff's privacy to deter Plaintiff from taking legal action.

1) Plaintiff is asking the Courts for $10,000,000 for Pregnancy Discrimination in December 1992 up to settlement in 2002 of the Pregnancy Bias Lawsuit

2) Plaintiff is asking the Courts for $30,000,000 in compensation from the Pregnancy Bias Lawsuit for the years 2002 through 2017

3) Plaintiff is asking the Court for $45,000,000 in compensation from 2017 to this present time from the Pregnancy Bias Lawsuit.

4) Plaintiff is asking the Court for $5,000,000 in additional pension benefits from the Consent Decree

V. Relief (2 of 4)

5) Plaintiff is asking the Court for $22,500,000 in Compensation for the Pregnancy Bias settlement and addition Pension Benefits. (Consent Decree) from 2017 to this present time

6) Plaintiff is asking the Court for $412,000. for Accrued Pension Benefit withheld (2017)

7) Plaintiff is asking the Court for $100,000,000 for Pregnancy Discrimination and violating Plaintiff rights in (2017)

8) Plaintiff is asking the Court for $50,000,000 for Accrued Pension being withheld, Pregnancy Discrimination, violating Plaintiff rights (2017) for the year of 2017 to this present time.

9) Plaintiff is entitled to Compensatory Damages for the pain and suffering, loss of income and Pension Benefits from the Pregnancy Bias settlement, the Consent Decree Benefits, and Accrued Pension Benefits. ($50,000,000)

## V. Relief (3 of 4)

10) Plaintiff is entitled to Punitive damages due to Defendant's gross misconduct and intentionally violating Plaintiff's rights.
Defendant violated The Verizon Code of Conduct
Defendant violated the CWA and Verizon Union Agreement

Defendant's intention actions has caused harm to the Plaintiff and her family. Plaintiff is homeless And has been homeless for at least 3 years. Plaintiff is in financial destitute and has been in financial destitution for 3 years due to Defendants willingness to violate Plaintiff's rights.

Defendant and predecessor's willingness to intentionally inflict emotional distress on Plaintiff before, during and after pregnancy has caused Plaintiff to alter decisions of having the family she wanted and desired.

Plaintiff is entitled to Punitive Damages in the Amount of $100,000,000.

V. Relief (4 of 4)

Plaintiff is asking the Court and is entitled to receiving at least $20,000 within 1 week and $10,000 per week until final judgement. Plaintiff deserves a stable and safe place for her and her family to live. Plaintiff and her family is entitled to punitive damages for mental health, unpaid medical expenses, bills, and other expenses that accrued due to Defendants gross misconduct.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _1/18/2022_

Signature of Plaintiff

Printed Name of Plaintiff    Sylvia Moore

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____